UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| GRAEME PARKER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Civil No. 2:20-cv-01346-BAT<br><br><br>ORDER |

　　　Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand from the district court, the Appeals Council will remand for further proceedings to offer Plaintiff the opportunity for a hearing before a different Administrative Law Judge (ALJ). The Appeals Council will instruct the ALJ as follows. The ALJ will evaluate Plaintiff's schizoaffective disorder and substance use disorder beginning at step two of the sequential evaluation, and will evaluate Plaintiff's symptom testimony and lay witness testimony. The ALJ will evaluate the opinions of State agency psychological consultants and assess Plaintiff's residual functional capacity, obtaining medical

Page 1　　ORDER - [2:20-CV-01346-BAT]

expert evidence. The ALJ will continue the sequential evaluation process, obtaining vocational expert evidence as warranted. If the ALJ finds Plaintiff disabled considering substance abuse, the ALJ will perform a Drug Abuse and Alcoholism (DAA) analysis to determine whether disability would exist in the absence of substance abuse and, in doing so, the ALJ will consider evidence from the medical expert.

Judgment shall be entered for Plaintiff. Upon proper presentation, the Court will consider whether reasonable attorney fees, costs, and expenses should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d); 28 U.S.C. § 1920.

DATED this 17th day of August 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov